In the Matter of COREY DWAYNE B., an Infant. DWAYNE B., Appellant; RAQUEL R., Respondent; CARDINAL MCCLOSKY SERVICES, Respondent. [938 NYS2d 795]

The father admitted that he had not provided consistent child support, despite having the means to do so, and had failed to

maintain regular visitation or communication with the child or the agency (*see* Domestic Relations Law § 111 [1] [d], [e]; *Matter of Isabella Star G.*, 66 AD3d 536, 537 [2009]). The agency's alleged failure to inform the father of his parental obligations did not excuse him from fulfilling those obligations (*see Matter of Marc Jaleel G. [Marc E.G.]*, 74 AD3d 689, 690 [2010]). Concur—Andrias, J.P., Saxe, Acosta, Freedman and Richter, JJ.